AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 1:12CR00163 |
| | ) |
| John Kinnucan | ) |
| | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay John Kinnucan, who is accused of an offense or violation based on the following document filed with the court:

_X_ Supervised Release Violation Petition

This offense is briefly described as follows:

ON OR ABOUT MAY 31, 2018, THE SUPERVISED RELEASEE FAILED TO REPORT TO THE U.S. PROBATION OFFICE WITHIN 72 HOURS OF HIS RELEASE FROM IMPRISONMENT. CONDITION #1, GRADE C VIOLATION.

Date: June 8, 2018

_Deborah A. Batts_
*Issuing officer's signature*

City and state: N.Y., N.Y.

Honorable Deborah A. Batts, Senior U.S. District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/8/18, and the person was arrested on *(date)* 9/19/19 at *(city and state)* _____.

Date: 4/23/20

*Arresting officer's signature*

City and state: NY, NY

Eric Harm 8<7
*Printed name and title*

---

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY _____
Deputy Clerk

8785259